JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAURA STEFANY RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.<br><br>Defendants. | No. 2:23-cv-10887-SK<br><br>**ORDER DISMISSING ACTION**<br><br>Honorable Steve Kim<br>United States Magistrate Judge |

The Court has considered the Parties' Joint Stipulation to Dismiss. With good cause showing, IT IS HEREBY ORDERED: This action is DISMISSED with prejudice.

Dated: 3/12/2024

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE